**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY UDOM, | ) Case No. CV 21-0375-RGK (JPR) |
| Petitioner, | ) |
| | ) ORDER SUMMARILY DISMISSING HABEAS |
| v. | ) PETITION WITHOUT PREJUDICE AND |
| | ) CLOSING CASE |
| SHERIFF ALEX VILLANUEVA, | ) |
| Respondent. | ) |

On January 11, 2021, Petitioner, who is apparently an inmate at the Twin Towers Correctional Facility, filed an almost entirely blank, unsigned, undated Petition for Writ of Habeas Corpus form.[1] The Petition contains no allegations whatsoever, nor does it identify a conviction Petitioner seeks to challenge or raise any claims concerning it.

Rule 4 of the Rules Governing Habeas Corpus Cases states that a district judge "must dismiss" a petition "[i]f it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief." See also C.D. Cal. R. 72-

---

[1] Petitioner neither paid the filing fee nor submitted a complete request to proceed in forma pauperis.

1

3.2 (providing for magistrate judges to prepare summary-dismissal orders for district judges' signature). Summary dismissal is appropriate when the petition is "vague [or] conclusory" or "patently frivolous." Hendricks v. Vasquez, 908 F.2d 490, 491 (9th Cir. 1990) (quoting Blackledge v. Allison, 431 U.S. 63, 75-76 (1977)). Here, the Petition is patently frivolous because it is entirely conclusory: it contains no allegations or information of any kind other than Petitioner's place of incarceration and the fact that he pleaded not guilty at some time to some charge.

Accordingly, the Petition is DISMISSED without prejudice. The Clerk is directed to close this case.

DATED: January 22, 2021

_____
R. GARY KLAUSNER
U.S. DISTRICT JUDGE

Presented by:

_____
Jean Rosenbluth
U.S. Magistrate Judge