JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY UDOM, | ) Case No. CV 21-0375-RGK (JPR) |
| Petitioner, | ) |
| | ) **J U D G M E N T** |
| v. | ) |
| SHERIFF ALEX VILLANUEVA, | ) |
| Respondent. | ) |

Pursuant to the Order Summarily Dismissing Habeas Petition Without Prejudice and Closing Case,

IT IS HEREBY ADJUDGED that the Petition is dismissed without prejudice.

DATED: January 22, 2021

R. GARY KLAUSNER
U.S. DISTRICT JUDGE